UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 19092
    CATARINO V MARINEZ
    HILDA G MARTINEZ                             CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2243    SSN XXX-XX-4312

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 07/25/2008 and was not confirmed.

    The case was dismissed without confirmation 10/02/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMACK BANK | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 1,762.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 01/27/09                    /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE